**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

CLYDE EDINBOROUGH,                           :
                                             :
          Petitioner,              :
                                             :
      vs.                            :      CIVIL ACTION NO.: CV210-025
                                             :
ANTHONY HAYNES, Warden,                      :
                                             :
          Respondent.              :

# O R D E R

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner asserts that the sentencing court ordered that he only pay $25.00 per quarter from his Inmate Trust Fund Account and that deducting an amount greater than this constitutes a taking of his property without due process of law. Petitioner reasserts that this Court should rely on the non-binding and inapplicable holding of the Third Circuit Court of Appeals in Burns v. PA Dept. of Correction, 544 F.3d 297 (3d Cir. 2008). Edinborough's reliance on Burns is misplaced.

Edinborough's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Edinborough's Petition is

**DISMISSED.** The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 14 day of August , 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)